**Order entered November 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00976-CR
No. 05-13-00977-CR

**JOSHUA DERMAIN MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F10-56581-H, F10-60705-H

## ORDER

The reporter's record has been filed in these appeals, but the clerk's records have not been filed. Appellant's docketing statements reflect that appellant is represented by retained counsel, counsel requested preparation of the clerk's records on July 5, 2013, but no payment arrangements have been made for the clerk's records.

Accordingly, the Court **ORDERS** the trial court to make findings of fact regarding whether appellant has been deprived of the clerk's record because of ineffective counsel, indigence, or for any other reason.

- The trial court shall first determine whether appellant desires to prosecute the appeals. If the trial court determines that appellant does not desire to prosecute the appeals, it shall make a finding to that effect.

- If the trial court determines that appellant desires to prosecute the appeal, it shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the clerk's records. If appellant is entitled to proceed without payment of costs, the trial court shall make a finding to that effect. Moreover, if appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the trial court finds appellant is not indigent, it shall determine whether retained counsel has abandoned the appeals.

- The trial court shall next determine: (1) whether appellant, if not indigent, has made payment arrangements for the clerk's records; and (2) the date by which the clerk's records will be filed.

We **ORDER** the trial court to transmit a record of the proceedings, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeals are **ABATED** to allow the trial court to comply with this order. The appeals shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/    LANA MYERS
       JUSTICE